Lydon C. Teton
(full name/prisoner number)
Bannock County Jail
P.O. Box 4666
Pocatello, Idaho 83205
(complete mailing address)

U.S. COURTS

MAY 13 2020

Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Lydon Clyde Teton,
(full name)
            Plaintiff,

v.

Joaquin Teton, Gerrit Teton
Fort Hall Tribal Court, Fort Hall
BIA, Fort Hall Indian Res-
ervation and the U.S. Go-
vernment
            Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☑ Yes   ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

☑ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☑ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☑ Other federal statute *(specify)* __NA__ ; or diversity of citizenship.
☑ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is __Lydon Clyde Teton__. I am a citizen of the State of __US__,
presently residing at __Bannock County Jail__.

**PRISONER COMPLAINT - p. 1**                              *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Joaquin, Gerrit**, who was acting as **Heir's**
   (defendant) (job title, if a person; function, if an entity)

   for the **Bureau of Indian Affairs Fort Hall**.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **unknown**, Defendant did (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   **Joaquin, Gerrit, Jennifer, Angel, Ladean, Fern & Fawn all attended an Estate hearing for Deceased Indian by the name of Bernese Blanche Edmo, at the Fort Hall Tribal courts, Fort Hall, Idaho, and all agreed to receive the Bernese B. Edmo Estate!**

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   **All laws**

4. I allege that I suffered the following injury or damages as a result:
   **Homelessness, Incarceration Etc!**

5. I seek the following relief: **Seeking a remedy!**

6. I am suing Defendant in his/her [V] personal capacity *(money damages from Defendant personally)*, and/or [V] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [V] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   [O] Yes  [O] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

**PRISONER COMPLAINT - p. 2** (Rev. 10/24/2011)

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| USC | 00112 | Duncan | Unknown | |
| USC | 00187 | Suarez/Teton | Unknown | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☑  do not ☐  request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: Mental Health Issue of skitzofrinia hearing and seeing things! Current DUI SC Lawyer - Alan F. Johnston (208) 528-4188 has mental Health History!

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)* _____.

Executed at __Bannock County__ on __5-10-2020__.
*(Location)*    *(Date)*

_____
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

PRISONER COMPLAINT - p. 3     *(Rev. 10/24/2011)*